**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 18-cv-0206-WJM-STV

PS AUDIO, INC.,

      Plaintiff,

v.

JAMES ALLEN,

      Defendant.
_____

**ORDER ADOPTING AUGUST 10, 2018 RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before the Court on the August 10, 2018 Recommendation of United States Magistrate Judge Scott T. Varholak (the "Recommendation") (ECF No. 31) that this matter be transferred to the United States District Court for the Western District of Michigan, Southern Division.  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 31 at 17.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 31) is ADOPTED in its entirety;

(2)     This case is transferred to the United States District Court for the Western District of Michigan, Southern Division;

(3)     The Clerk shall transmit the file to the Clerk of that court; and

(4)     Plaintiff PS Audio, Inc.'s Motion for Default Judgment (ECF No. 15) shall REMAIN PENDING, to be resolved by the transferee judge.

Dated this 17th day of September, 2018.

BY THE COURT:

William J. Martínez
United States District Judge