**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PS AUDIO, INC., a Colorado corporation,

    Plaintiff,

vs.

JAMES ALLEN, an individual,

    Defendant.

**Civil Action No. 1:18-cv-01094-PLM-PJG**

**Honorable Paul L. Maloney**

## JUDGMENT and PERMANENT INJUNCTION

Pursuant to Fed. R. Civ. P. 55, based on PS Audio, Inc.'s Motion for Default Judgment and the Declaration of Jim Laib, the Court enters a default judgment against Defendant James Allen ("Mr. Allen") and in favor of PS Audio, Inc. ("PS Audio") for monetary damages and a permanent injunction against Mr. Allen as follows:

1. A judgment is entered in favor of PS Audio and against Mr. Allen in the sum of $45,374.40 plus post judgment interest at the annual rate of 2.04%.

2. Pursuant to 15 U.S.C. § 1116(a), a permanent injunction is entered in favor of PS Audio and against Mr. Allen as follows:

    a. Mr. Allen is permanently enjoined and prohibited from selling any PS Audio branded product in the future.

    b. Mr. Allen is ordered to deliver to PS Audio all counterfeit PS Audio power cords in his possession.

c. Further, as part of the injunction, Mr. Allen is ordered to file with the court and serve on PS Audio within thirty days after the service on Mr. Allen of this injunction, a report in writing under oath setting forth in detail the manner and form in which Mr. Allen has complied with the injunction.

Dated: ___February 1_____, 2019.


                        ___/s/ Paul L. Maloney_____
                        The Honorable Paul L. Maloney
                        United States District Court for the District of Michigan